# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kendall, Virginia M. | US District Court ND IL | 01/31/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

219 S. Dearborn - Chambers 2378
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder | Prairie Recreational Developments Inc. |
| 2. | Part Time Faculty | Northwestern University School of Law |
| 3. | Part Time Faculty | Loyola University Chicago School of Law |
| 4. | Part Time Faculty | University of Chicago School of Law |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 01/31/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Northwestern University School of Law teaching salary | $3,514.44 |
| 2. 2014 | Loyola University School of Law teaching salary | $18,450.81 |
| 3. 2014 | University of Chicago School of Law teaching salary | $3,514.44 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Cristo Rey St. Martin College Prep Full-Time Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office of the Courts | January 12 - 14, 2014 | Chicaogo, IL | Meeting of US Judicial Conference or Committees | lodging, meals, transportation |
| 2. | ABA Litigation Section | January 16 - 19, 2014 | San Diego, CA | Activity of professional association or civic organization | lodging, meals, transportation |
| 3. | Federal Judicial Center | February 25 - 27, 2014 | Washington, DC | educational semiunar or program | lodging, meals, transportation |
| 4. | National Association of Women Judges | March 14 - 15, 2014 | Washington, DC | Activity of professional association or civic organization | lodging, meals, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kendall, Virginia M.** | 01/31/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | US Department of Justice | March 22 - 29, 2014 | Zagreb and Spilt, Croatia | Meeting or seminar with another government entity | lodging, meals, transportation |
| 6. | Federal Judicial Center | May 5 - 7, 2014 | Washington, DC | Activity of professional association or civic organization | lodging, meals, transportation |
| 7. | American Law Institute | May 18 - 19, 2014 | Washington, DC | Activity of professional association or civic organization | lodging, meals, transportation |
| 8. | Administrative Office of the Courts | May 27 - 28, 2014 | Washington, DC | Meeting of US Judicial Conference or Committees | lodging, meals, transportation |
| 9. | ABA Litigation Section | July 7 - 9, 2014 | Denver, CO | Activity of professional association or civic organization | lodging, meals, transportation |
| 10. | ABA Litigation Section | september 18 - 20, 2014 | Nashville, TN | Actifvity or professional association or civic organization | lodging, meals, transportation |
| 11. | US State Department | October 12-18, 2014 | Vilnus, Lithuania | Meeting or seminar with another government enitity Federally funded US State Dept. | transportatation, lodging, meals |
| 12. | International Bar Association | October 19 - 22, 2014 | Tokyo, Japan | Activity of professional association or civic organization | lodging, meals, transportation |
| 13. | American Law Institute | October 29 - 31, 2014 | New York, NY | Activity of professional association or civic organization | lodging, meals, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 01/31/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank Visa | credit card | K |
| 2. | Chase Visa | credit card | J |
| 3. | Capital One | credit card | J |
| 4. | Harris Bank | credit card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 01/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prairie Recreational Developments, Inc. | A | Interest | L | W | | | | | |
| 2. JPMorgan Chase Bank - accounts | A | Interest | J | T | | | | | |
| 3. JPMorgan Equity Index Fund | A | Dividend | J | T | Distributed (part) | 12/12/14 | J | B | |
| 4. Chase Trust 1 | D | Dividend | N | T | | | | | |
| 5. Chase Trust 2 | D | Dividend | J | T | | | | | |
| 6. JPMorgan Core Bond Fund | A | Dividend | J | T | Sold (part) | 01/17/14 | J | | |
| 7. Washington National Fixed Annuity | A | Interest | J | U | | | | | |
| 8. Columbia Fund Series Trust CL A | A | Dividend | J | T | Distributed (part) | 06/02/14 | J | | |
| 9. JPMorgan US Money Market Reserve | A | Interest | J | T | | | | | |
| 10. Vanguard International Stock Index Fund | B | Dividend | L | T | | | | | |
| 11. Vanguard Total Bond Market Index | A | Dividend | M | T | | | | | |
| 12. Vanguard Total Stock Market Index | A | Dividend | M | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 01/31/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 4 & 5 The filer's [        ] is an income beneficiary with no interest in the corpus of the trusts and therefore pursuant to Section 102(f)(2) of the Ethics in Government Act, no further information is required.

Part Vii, Line 7: This asset was incorrectly reported as a variable annuity. A review of documents from the company managing this instrument indicate that it is a fixed annuity.

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 01/31/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Virginia M. Kendall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544